Nordstrand & Riley and Charles C. Spencer, for appellant. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Overhead Door Company of Illinois, appellant, v. Adolph H. Bernstein et al., appellees.

Jason A. Imes and David Rest, trading as M. Rest and Son, cross appellants, v. Adolph H. Bernstein, appellee. Gen. No. 38,351.

Opinion filed April 22, 1936. Rehearing denied May 5, 1936.

Charles S. Hamilton, for appellant. Samuel E. Davidson, for cross appellants. Myer N. Rosengard, for appellee; Seymour Rady and Charles H. Shapiro, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Western Suburban Finance and Thrift Company, appellee, v. Edward A. Graham et al., appellants. Gen. No. 38,380.

Opinion filed April 22, 1936. Rehearing denied May 5, 1936.

Silber, Isaacs, Clausen & Woley, for appellants; Herbert W. Hirsch, of counsel. Max Murdock, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Western Suburban Finance and Thrift Company, appellee, v. Edward A. Graham et al., appellants. Gen. No. 38,381.

Opinion filed April 22, 1936. Rehearing denied May 5, 1936.

Silber, Isaacs, Clausen & Woley, for appellants; Herbert W. Hirsch, of counsel. Max Murdock, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

South Shore Securities Company, appellee, v. John E. Newberg et al., appellants. Gen. No. 38,420.

Opinion filed April 22, 1936.

Albert O. Olson, for appellants. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.